UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GILBERTO PEREZ,

        Plaintiff,

v.                                      Case No:   6:24-cv-2348-PGB-LHP

SCOTTSDALE INSURANCE
COMPANY,

        Defendant

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** DEFENDANT'S MOTION TO JOIN A NECESSARY PARTY (Doc. No. 6)
>
> **FILED:** December 31, 2024
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

Defendant has not timely supplemented the motion as required by Local Rule 3.01(g)(3). *See* Local Rule 3.01(g)(3) (providing that if the opposing party is unavailable for a conference prior to filing a motion, the movant must diligently

attempt contact for three days, and upon contact or expiration of the three-day period, the movant must file a supplement to the motion, and that failure to supplement can result in the denial of a motion without prejudice). A renewed motion must fully comply with the Local Rules.

**DONE** and **ORDERED** in Orlando, Florida on January 9, 2025.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties