# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

GILBERTO PEREZ,

        Plaintiff,

v.                                 Case No:   6:24-cv-2348-PGB-LHP

SCOTTSDALE INSURANCE
COMPANY,

        Defendant

_____

## ORDER

This cause comes before the Court on the filing of Defendant's Second Motion to Join a Necessary Party. Doc. No. 12. Upon review, and without opposition from Plaintiff, Doc. No. 16,[1] the motion is **GRANTED**. It is **ORDERED** that within **seven (7) days** of this Order, Plaintiff shall file an amended complaint adding Beatriz Perez as a named Plaintiff.

_____

[1] The Court notes that the response was late-filed, after midnight on the day after the response deadline expired. Doc. No. 16; *see also* Doc. No. 13, Local Rule 3.01(c). The Court has accepted the response in this one instance, but Plaintiff is cautioned that future failures to comply with the Federal Rules of Civil Procedure, Local Rules of this Court, and Court Orders may result in the imposition of sanctions without further notice.

**DONE** and **ORDERED** in Orlando, Florida on February 11, 2025.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties