# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

GILBERTO PEREZ and BEATRIZ PEREZ,

      Plaintiffs,

v.   Case No:   6:24-cv-2348-PGB-LHP

SCOTTSDALE INSURANCE COMPANY,

      Defendant

---

## ORDER

Before the Court is Defendant's Motion to Strike Plaintiffs' Expert. Doc. No. 36. On review, the motion (Doc. No. 36) is **DENIED without prejudice** for failure to comply with Local Rule 3.01(g). While the motion states that the parties conferred, the motion does not state whether Plaintiffs oppose or agree to all or any portion of the motion. *See* Local Rule 3.01(g)(2)(B).

**DONE** and **ORDERED** in Orlando, Florida on November 3, 2025.

*[signature]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record